### In re Deborah MILLS and Peter Mills, Debtors,

**Deborah Mills, Peter Mills, Appellants,**

v.

**J. Schwartz Motor; Consolidated Defendant–Appellee,**

**Harmon Law Office; Federal Home Loan Mortgage Corp.; Salem Five Cents Savings Bank, Appellees,**

* Of the Eighth Circuit, sitting by designation.

**Timothy P. Smith, Trustee.**

No. 01–1056.

United States Court of Appeals, First Circuit.

Aug. 9, 2001.

Daniel A. Laufer, on brief, for appellants.

David M. Rosen, with whom Harmon Law Offices, P.C., were on brief, for appellees.

Before TORRUELLA, Circuit Judge, GIBSON,* Senior Circuit Judge, and LIPEZ, Circuit Judge.

PER CURIAM.

The panel affirms the decision of the district court based on the reasoning therein. *Mills v. Harmon Law Offices, et al.,* Civ. No. 00–109–JD, Op. No.2000 DNH 227 (D.N.H. Oct. 23, 2000) (order). All motions currently pending regarding appellants' reply brief are denied as moot.